IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

EMPRESAS MARTINEZ VALENTIN CORP     CASE NO. 11-07018 EAG

CHAPTER 11

      Debtor(s)       ADVERSARY NO. 11-00178

EMPRESAS MARTINEZ VALENTIN CORP

      Plaintiff

      V.

CHEVRON OF PUERTO RICO, LLC     FILED & ENTERED ON 07/02/2012

      Defendant(s)

## OPINION AND ORDER

The motions in compliance with court's order to show cause dated 06/15/2012 filed by Chevron of Puerto Rico, LLC ("Chevron") at Docket #42 and the Debtor at Docket #43 do not establish cause for the consignment of monies in this adversary proceeding with the court, since the parties agree that all monies being deposited belong to the debtor. Fed. R. Civ. P. 67; see United States v. Balfour, Guthrie & Co., 192 F. Supp. 60 (S.D.N.Y. 1961). Therefore, the monies shall be returned to Chevron. To the extent that Chevron acknowledges that the amounts deposited are owed to debtor, Chevron shall make such payments, and any future payments, directly to debtor. The acceptance of such payments by debtor shall not be deemed to constitute a waiver of debtor's right to challenge the amounts owed by Chevron for rent under the lease agreement.

A separate order will be entered for the disbursement of the funds.

SO ORDERED.

San Juan, Puerto Rico, this 02 day of July, 2012.

Edward A. Godoy
U.S. Bankruptcy Judge

c:     DEBTOR(S)
CHEVRON OF PUERTO RICO, LLC