**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| IN RE:<br>EMPRESAS MARTINEZ VALENTIN<br>CORP., | CASE NO. 11-07018 (EAG) |
| DEBTOR. | |
| EMPRESAS MARTINEZ VALENTIN<br>CORP., | ADVERSARY NO. 11-00178 (EAG) |
| PLAINTIFF, | |
| v. | |
| PC PUERTO RICO LLC, | |
| DEFENDANT. | FILED & ENTERED ON 07/16/2014 |

**OPINION AND ORDER**

Defendant PC Puerto Rico LLC's motion for judgment on the pleadings (Docket No. 95) asks the court to consider materials outside the pleadings. The court, in its discretion, declines to do so. See Gulf Coast Bank & Trust Co. v. Reder, 355 F.3d 35, 38 (1st Cir. 2004) (where a motion for judgment on the pleadings introduces materials outside the pleadings, the "court has broad discretion either to include or to exclude the proffer"). Defendant's motion is therefore denied without prejudice, since the court finds that a motion for judgment on the pleadings is not the appropriate vehicle for disposition of this controversy. See Hinton v. Outboard Marine Corp., 757 F. Supp. 2d 28, 37-38 (D. Me. 2010) ("the presence of matters outside the pleadings spells doom for the motion for judgment on the pleadings."). An additional ground for denial is that the movant failed to provide certified translations of all documents in the Spanish language.

The court extends the deadline for the defendant to file a dispositive motion to August 13, 2014. Any opposition is due by September 10, 2014, and a reply is due by September 24, 2014. If the defendant believes that the matter can be disposed of by dispositive motion, it should file a Fed. R. Civ. P. 56 motion for summary judgment, following the procedures set forth in P. R. L. Civ. 56. Any exhibit to the motion for summary judgment, or the opposition or reply thereto, not in the English language must be accompanied by a certified translation. The pretrial conference set for July 31, 2014 in Ponce, Puerto Rico is hereby vacated.

In San Juan, Puerto Rico, this 16th day of July, 2014.

Edward A. Godoy
U.S. Bankruptcy Judge