# United States Court of Appeals
## For the First Circuit

————————————

No. 18-2103

IN RE: EMPRESAS MARTÍNEZ VALENTÍN CORP.,

Debtor.


PC PUERTO RICO, LLC,

Appellant,

v.

EMPRESAS MARTÍNEZ VALENTÍN CORP.,

Appellee.

————————————

**JUDGMENT**

Entered: January 28, 2020

    This cause came on to be heard on appeal from the United States District Court for the District of Puerto Rico and was argued by counsel.

    Upon consideration whereof, it is now here ordered, adjudged and decreed as follows:  The appeal of the April 4, 2017 damages award is dismissed as untimely, and the district court's award of attorneys' fees is affirmed.


By the Court:

Maria R. Hamilton, Clerk


cc:
Kenneth C. Suria-Rivera
Nelson Robles Diaz
Monsita Lecaroz-Arribas